No. 01–8876. MILLS *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 01–8890. PERKINS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8893. JOHNSON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8894. JACKSON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8918. HARDEN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8919. FOWLER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8931. COX-BEY *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8936. KRIEBEL *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 01–8944. BIRDOW *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–8996. GAYLES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–8997. BUNDY *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–8999. COPE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–9006. JOSEPH, AKA SHANE *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 01–9012. BEAUMONT *v.* HOLT, WARDEN. C. A. 10th Cir. Certiorari denied.